1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  moniquew@lerachlaw.com
   aelishb@lerachlaw.com
7         – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
9  San Diego, CA  92101
   Telephone:  619/231-1058
10 619/231-7423 (fax)
   travisd@lerachlaw.com
11 bennyg@lerachlaw.com

12 [Proposed] Co-Lead Counsel for Plaintiffs

13 [Additional counsel appear on signature page.]          *E-FILED - 1/22/07*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYNCH, Derivatively on Behalf of FINISAR CORPORATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JERRY S. RAWLS, et al.,<br><br>                    Defendants,<br><br>        – and –<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>                    Nominal Defendant. | No. C-06-07660-RMW<br><br>STIPULATION AND [] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | LYNN SHORT, Derivatively on Behalf of FINISAR CORPORATION, ) | No. C-06-07661-RMW |
| 2 | ) Plaintiff, ) | |
| 3 | ) | |
| 4 | vs. ) ) | |
| 5 | JERRY S. RAWLS, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | FINISAR CORPORATION, a Delaware ) corporation, ) | |
| 9 | ) Nominal Defendant. ) | |
| 10 | ) CITY OF WORCESTER RETIREMENT ) SYSTEM, Derivatively on Behalf of Nominal ) | No. C-06-07848-RS |
| 11 | Defendant FINISAR CORPORATION, ) ) | |
| 12 | Plaintiff, ) ) | |
| 13 | vs. ) ) | |
| 14 | JERRY S. RAWLS, et al. ) ) | |
| 15 | Defendants, ) ) | |
| 16 | – and – ) ) | |
| 17 | FINISAR CORPORATION, ) ) | |
| 18 | Nominal Defendant. ) ) | |

1   WHEREAS, the parties believe that the actions *Lynch v. Rawls, et al.*, C-06-07660-RS, filed
2   December 14, 2006, *Short v. Rawls, et al.*, C-06-07661-RMW, filed December 14, 2006, and *City of*
3   *Worcester[1] Retirement System v. Rawls, et al.*, C-06-07848-RS, filed December 22, 2006, all involve
4   substantially similar questions of law and fact;

5   WHEREAS, this Court has already related the *Lynch* and *City of Worcester* Actions in the
6   Related Case Order issued January 3, 2007;

7   WHEREAS, the parties believe the *Short* Action is a "related case" to the *Lynch and City of*
8   *Worcester* Actions under Northern District of California Civil Local Rule 3-12(a); and

9   WHEREAS, the parties believe that treatment of all three Actions as related would serve the
10  interests of judicial economy and avoid the potential for conflicting rulings.

11  IT IS HEREBY STIPULATED AND AGREED that *Lynch v. Rawls, et al.*, C-06-07660-RS,
12  *Short v. Rawls, et al.*, C-06-07661-RMW, and *City of Worcester Retirement System v. Rawls, et al.*,
13  C-06-07848-RS, should all three be deemed related.

14  IT IS SO STIPULATED.

15  DATED: January 11, 2007                LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
16                                          SHAWN A. WILLIAMS
                                            MONIQUE C. WINKLER
17                                          AELISH M. BAIG

18

19                                                    /s/
                                            AELISH M. BAIG
20
                                            100 Pine Street, Suite 2600
21                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
22                                          415/288-4534 (fax)

23                                          LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
24                                          TRAVIS E. DOWNS III
                                            BENNY C. GOODMAN III
25                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101
26
27  [1]     Due to a typographical error, the initial complaint misspelled Worcester as Worchester.
28

STIPULATION AND [] ORDER REGARDING ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED - C-06-07660-RS                           - 1 -

|   |   |   |
|---|---|---|
| 1 |  | Telephone: 619/231-1058 |
|   |  | 619/231-7423 (fax) |
| 2 |  |   |
|   |  | LERACH COUGHLIN STOIA GELLER |
| 3 |  |   RUDMAN & ROBBINS LLP |
|   |  | THOMAS G. WILHELM |
| 4 |  | 9601 Wilshire Blvd., Suite 510 |

Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Counsel for Plaintiffs Lynn Short and Robert Lynch and [Proposed] Co-Lead Counsel for Plaintiffs

DATED: January 11, 2007

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE

                                 /s/
                            MAYA SAXENA

5200 Town Center Circle, Suite 600
Boca Raton, FL 33486
Telephone: 954/701-3965
888/782-3081 (fax)

Counsel for Plaintiff City of Worcester Retirement System and [Proposed] Co-Lead Counsel for Plaintiffs

    I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED. In compliance with General Order 45, X.B., I hereby attest that Maya Saxena has concurred in this filing.

DATED: January 11, 2007

DLA PIPER
DAVID A. PRIEBE

                                 /s/
                          DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303
Telephone: 650/833-2000
650/833-2001 (fax)

Attorneys for Defendants

1    I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO
3  CONSIDER WHETHER CASES SHOULD BE RELATED. In compliance with General Order 45,
4  X.B., I hereby attest that David A. Priebe has concurred in this filing.

\*    \*    \*

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: ___ 1/22/07 _____

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Finisar Deriv\stp00038107.doc

1  CERTIFICATE OF SERVICE

2  I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

        /s/
AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: aelishb@lerachlaw.com

# Mailing Information for a Case 5:06-cv-07660-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Seth A. Safier**
  seth@gutridesafier.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)