1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   SHAWN A. WILLIAMS (213113)
    MONIQUE C. WINKLER (213031)
3   AELISH M. BAIG (201279)
    100 Pine Street, Suite 2600
4   San Francisco, CA  94111
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    shawnw@lerachlaw.com
6   moniquew@lerachlaw.com
    aelishb@lerachlaw.com
7        – and –
    TRAVIS E. DOWNS III (148274)
8   BENNY C. GOODMAN III (211302)
    655 West Broadway, Suite 1900
9   San Diego, CA  92101
    Telephone:  619/231-1058
10  619/231-7423 (fax)
    travisd@lerachlaw.com
11  bennyg@lerachlaw.com

12  [Proposed] Co-Lead Counsel for Plaintiffs

13  [Additional counsel appear on signature page.]                    *E-FILED - 1/22/07*

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16  ROBERT LYNCH, Derivatively on Behalf of  )   No. C-06-07660-RMW
    FINISAR CORPORATION,                     )
17                                           )   STIPULATION AND [] ORDER
                              Plaintiff,     )   CONSOLIDATING CASES AND
18                                           )   APPOINTING LEAD PLAINTIFFS AND
          vs.                                )   LEAD COUNSEL
19                                           )
    JERRY S. RAWLS, et al.,                  )
20                                           )
                              Defendants,    )
21                                           )
          – and –                            )
22                                           )
    FINISAR CORPORATION, a Delaware          )
23  corporation,                             )
                                             )
24                            Nominal Defendant.  )
                                             )
25  ──────────────────────────────────────

26  [Caption continued on following page.]

27

28

1  LYNN SHORT, Derivatively on Behalf of          )     No. C-06-07661-RMW
   FINISAR CORPORATION,                           )
2                                                  )
                              Plaintiff,           )
3                                                  )
              vs.                                  )
4                                                  )
   JERRY S. RAWLS, et al.,                         )
5                                                  )
                              Defendants,          )
6                                                  )
              – and –                              )
7                                                  )
   FINISAR CORPORATION, a Delaware                 )
8  corporation,                                    )
                                                   )
9                             Nominal Defendant.   )
                                                   )
10 CITY OF WORCESTER RETIREMENT                    )     No. C-06-07848-RMW
   SYSTEM, Derivatively on Behalf of Nominal       )
11 Defendant FINISAR CORPORATION,                  )
                                                   )
12                            Plaintiff,           )
                                                   )
13            vs.                                  )
                                                   )
14 JERRY S. RAWLS, et al.                          )
                                                   )
15                            Defendants,          )
                                                   )
16            – and –                              )
                                                   )
17 FINISAR CORPORATION,                            )
                                                   )
18                            Nominal Defendant.   )
                                                   )
19
20
21
22
23
24
25
26
27
28

WHEREAS, there are three related shareholder derivative actions on behalf of nominal defendant Finisar Corporation ("Finisar") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lynch v. Rawls, et al.* | C-06-07660-RMW | December 14, 2006 |
| *Short v. Rawls, et al.* | C-06-07661-RMW | December 14, 2006 |
| *City of Worcester Retirement System v. Rawls, et al.* | C-06-07848-RMW | December 22, 2006 |

WHEREAS, the three related shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, on December 22, 2006, plaintiff City of Worcester Retirement System filed a Notice of Related Case and Administrative Motion to Consider Whether Cases Should Be Related with respect to the *Lynch and City of Worcester* cases referenced above;[1]

WHEREAS, counsel for plaintiffs and defendants in all of the above-referenced actions have met and conferred and agreed the cases should be related and consolidated;

WHEREAS, after meeting and conferring, all named plaintiffs agree that Lynn Short ("Short") and City of Worcester Retirement System should be appointed lead plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") and Saxena White P.A. should be appointed co-lead counsel;

WHEREAS, defendants take no position as to the appointment of Short and City of Worcester Retirement System as lead plaintiffs and Lerach Coughlin and Saxena White P.A. as co-lead counsel; and

WHEREAS, the agreed-upon schedule set forth below is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

---

[1] Due to a typographical error, the name of plaintiff City of Worcester Retirement System was misspelled in the caption of its complaint ("Worchester" was inadvertently used instead of the correct "Worcester").

STIPULATION AND [] ORDER CONSOLIDATING CASES AND APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL - C-06-07660-RS                                            - 1 -

1    THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through

2   their respective counsel of record, as follows:

3                          **CONSOLIDATION OF ACTIONS**

4    1.    The following actions are hereby consolidated for all purposes, including pretrial

5   proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lynch v. Rawls, et al.* | C-06-07660-RMW | December 14, 2006 |
| *Short v. Rawls, et al.* | C-06-07661-RMW | December 14, 2006 |
| *City of Worcester Retirement System v. Rawls, et al.* | C-06-07848-RMW | December 22, 2006 |

2.    The caption of these consolidated actions shall be "*In re Finisar Corp. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-07660-RS.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.    Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re FINISAR CORP. DERIVATIVE LITIGATION | )<br>)<br>)<br>)<br>) | Master File No. C-06-07660-RMW |
| This Document Relates To: | )<br>) | |

4.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately

1   after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-07660-

2   RS, *Lynch v. Rawls, et al.*").

3           5.     A Master Docket and a Master File hereby are established for the above consolidated

4   proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

5   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

6   made in the docket of each individual case in accordance with the regular procedures of the clerk of

7   this Court, except as modified by this Order.

8           6.     When a pleading is filed and the caption shows that it is applicable to "All Actions,"

9   the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

10   further copies need be filed, and no other docket entries need be made.

11           7.     When a pleading is filed and the caption shows that it is to be applicable to fewer than

12   all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

13   docket such filing on the Master Docket and the docket of each applicable action.

14           8.     When a case which properly belongs as part of *In re Finisar Corp., Derivative*

15   *Litigation* is filed in this Court or transferred to this Court from another court and assigned to the

16   Honorable Richard Seeborg, the clerk of this Court shall:

17                 (a)     Place a copy of this Order in the separate file for such action;

18                 (b)     Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

19   copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

20   their counsel in the newly-filed or transferred case; and

21                 (c)     Make an appropriate entry on the Master Docket. This Court requests the

22   assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

23   case which properly might be consolidated as part of *In re Finisar Corp. Derivative Litigation*.

24                                     **SCHEDULE**

25           9.     Plaintiffs shall no later than 45 days from the entry of an Order appointing lead

26   plaintiffs and lead counsel in this action, file and serve a Consolidated Complaint which will

27   supersede all existing complaints filed in these actions. Defendants need not respond to any of the

28

1   pre-existing complaints.   Service shall be effected with respect to defendants by serving the

2   Consolidated Complaint on counsel for defendants.

3         10.      Defendants shall answer or otherwise respond to the Consolidated Complaint no later

4   than 45 days from the date of service.  In the event that defendants file and serve any motion directed

5   at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the

6   service of the motion.  If defendants file and serve a reply to plaintiff's opposition, they will do so

7   within 30 days after service of the opposition.

8         IT IS SO STIPULATED.

9   DATED:  January 9, 2007                 LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
10                                           SHAWN A. WILLIAMS
                                             MONIQUE C. WINKLER
11                                           AELISH M. BAIG

12

13                                                    /s/
                                             AELISH M. BAIG
14
                                             100 Pine Street, Suite 2600
15                                           San Francisco, CA  94111
                                             Telephone:  415/288-4545
16                                           415/288-4534 (fax)

17                                           LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
18                                           TRAVIS E. DOWNS III
                                             BENNY C. GOODMAN III
19                                           655 West Broadway, Suite 1900
                                             San Diego, CA  92101
20                                           Telephone:  619/231-1058
                                             619/231-7423 (fax)
21
                                             LERACH COUGHLIN STOIA GELLER
22                                              RUDMAN & ROBBINS LLP
                                             THOMAS G. WILHELM
23                                           9601 Wilshire Blvd., Suite 510
                                             Los Angeles, CA  90210
24                                           Telephone:  310/859-3100
                                             310/278-2148 (fax)
25
                                             Counsel for Plaintiffs Lynn Short and Robert
26                                           Lynch and [Proposed] Co-Lead Counsel for
                                             Plaintiffs
27

28

1    DATED:  January 9, 2007                    SAXENA WHITE P.A.
                                                MAYA SAXENA
2                                               JOSEPH E. WHITE

3

4                                                        /s/
                                                   MAYA SAXENA
5
                                                5200 Town Center Circle, Suite 600
6                                               Boca Raton, FL  33486
                                                Telephone:  954/701-3965
7                                               888/782-3081 (fax)

8                                               Counsel for Plaintiff City of Worcester
                                                Retirement System and [Proposed] Co-Lead
9                                               Counsel for Plaintiffs

10          I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this

11   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING

12   LEAD PLAINTIFFS AND LEAD COUNSEL.  In compliance with General Order 45, X.B., I

13   hereby attest that Maya Saxena has concurred in this filing.

14   DATED:  January 9, 2007                    DLA PIPER
                                                DAVID A. PRIEBE
15

16                                                       /s/
17                                                 DAVID A. PRIEBE

18                                              2000 University Avenue
                                                East Palo Alto, CA  94303
19                                              Telephone:  650/833-2000
                                                650/833-2001 (fax)
20
                                                Attorneys for Defendants
21

22          I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this

23   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING

24   LEAD PLAINTIFFS AND LEAD COUNSEL.  In compliance with General Order 45, X.B., I

     hereby attest that David A. Priebe has concurred in this filing.
25

26

27

28

STIPULATION AND [] ORDER CONSOLIDATING CASES AND APPOINTING LEAD
PLAINTIFFS AND LEAD COUNSEL - C-06-07660-RS                                    - 5 -

1                                    *        *        *

2                                **O R D E R**

3          Having considered the parties' Stipulation, and good cause appearing, the Court hereby

4    GRANTS the parties' Stipulation.

5          IT IS SO ORDERED.

6    DATED:  __ 1/22/07 _____          _Ronald M. Whyte_ _____

7                                               THE HONORABLE RONALD M. WHYTE
                                                UNITED STATES DISTRICT JUDGE
8    T:\CasesSF\Finisar Deriv\stp00037807.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER CONSOLIDATING CASES AND APPOINTING LEAD
PLAINTIFFS AND LEAD COUNSEL - C-06-07660-RS                                    - 6 -

1

<u>CERTIFICATE OF SERVICE</u>

2

      I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

/s/
——————————————————
AELISH M. BAIG

8

9

10

11

12

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: aelishb@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-07660-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Seth A. Safier**
  seth@gutridesafier.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;Moni

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)